# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BERRY LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-14-402-F |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 11, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, wherein he recommended that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income be affirmed. Magistrate Judge Goodwin advised the parties of their right to object to the Report and Recommendation by September 25, 2015. He further advised that failure to timely object waives the right to appellate review of the factual and legal issues therein addressed.

To date, no party has either filed an objection to the Report and Recommendation or requested an extension of time to file an objection. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff, Berry Long's

applications for disability insurance benefits and supplemental security income is **AFFIRMED**.  Judgment shall issue forthwith.

DATED September 28, 2015.

_____

STEPHEN P. FRIOT

UNITED STATES DISTRICT JUDGE

14-0402p002.wpd